UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-CV-1108-JSS-DCI

LUIS GEREDA,

    Plaintiff,

vs.

LECHONERA LATINA #5, CORP and
RUBENSORY VARGAS,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq. of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Luis Gereda, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Dated this 18th day of June 2024.

                s/ Patrick Brooks LaRou
                Patrick Brooks LaRou, Esq.
                Florida Bar No. 1039018
                brooks@fairlawattorney.com
                FAIRLAW FIRM
                135 San Lorenzo Avenue, Suite 770
                Coral Gables, Florida 33146
                Telephone: (305) 230-4884
                *Counsel for Plaintiff*