UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

LUIS GEREDA,

                              CASE NO.: 6:24-CV-1108-JSS-DCI

    Plaintiff,

vs.

LECHONERA LATINA #5, CORP AND
RUBENSORY VARGAS,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiff, Luis Gereda, pursuant to M.D. Fla. Local Rule 2.02, hereby notifies the Court and all parties that Brian H. Pollock, Esq., of FairLaw Firm is designated as lead counsel in this matter.

Respectfully submitted this 26th day of June 2024,

                                        Brian H. Pollock, Esq.
                                        Brian H. Pollock, Esq.
                                        Fla. Bar No. 174742
                                        brian@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue
                                        Suite 770

Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*