UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:24-CV-1108-JSS-DCI

LUIS GEREDA,

    Plaintiff,

vs.

LECHONERA LATINA #5, CORP
AND RUBENSORY VARGAS,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, LECHONERA LATINA #5 CORP.

Plaintiff Luis Gereda files the Return of Service on Defendant Lechonera Latina #5 Corp. (served on June 26, 2024).

Dated this 27th day of June 2024.

                                s/Brian H. Pollock, Esq.
                                Brian H. Pollock, Esq.
                                Fla. Bar No. 174742
                                brian@fairlawattorney.com
                                FAIRLAW FIRM
                                135 San Lorenzo Avenue
                                Suite 770
                                Coral Gables, FL 33146
                                Tel:    305.230.4884
                                *Counsel for Plaintiff*