# VERIFIED RETURN OF SERVICE
Job # MIA16970

### Client Info:
FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

### Case Info:

**PLAINTIFF:**
LUIS A. GEREDA PROAÑO
-versus-
**DEFENDANTS:**
LECHONERA LATINA #5, CORP; ET AL.

USDC FOR THE MIDDLE DISTRICT OF FLORIDA
Court Division: ORLANDO DIVISION

Court Case # **6:24-CV-1108**

### Service Info:

**Received by Michael Bateman: on June, 18th 2024** at **04:51 PM**
**Service:** I Served **LECHONERA LATINA #5, CORP C/O RUBENSORY VARGAS, ITS REGISTERED AGENT**
With: **SUMMONS;**
by leaving with **EDWIN VARGAS, EMPLOYEE OF REGISTERED AGENT COMPANY**

**At BUSINESS 1919 MCCOY RD ORLANDO, FL 32809**
Latitude: **28.451294**,   Longitude: **-81.355027**

On **6/26/2024** at **11:15 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

### Served Description:  (Approx)

Age: **45**, Sex: **Male**, Race: **Hispanic**, Height: **5' 8"**, Weight: **185**, Hair: **NA** Glasses:  **No**
Other: WEARING A HAT

### Service was Attempted on:

**(1) 6/19/2024** at **11:11 AM**, by **Michael Bateman** Loc: **1919 MCCOY RD, ORLANDO, FL 32809**   Latitude: **28.451538**   Longitude: **-81.355067**
**Notes:** HISPANIC FEMALE EMPLOYEE STATED THE REGISTERED AGENT IS NOT HERE. I ASKED IF HE COMES IN. SHE SAID SHE DOESN'T KNOW.

**(2) 6/20/2024** at **09:21 AM**, by **Michael Bateman** Loc: **3202 ROMAINE CT ORLANDO, FL 32825**   Latitude: **28.504837**   Longitude: **-81.229374**
**Notes:** NO ANSWER. MULTIPLE CAMERAS AROUND THE HOUSE. MERCEDES FLORIDA TAG 57BDNU.

**(3) 6/24/2024** at **05:55 PM**, by **Michael Bateman** Loc: **3202 ROMAINE CT, ORLANDO, FL 32825**   Latitude: **28.504852**   Longitude: **-81.229359**
**Notes:** SPOKE WITH A TALL THIN HISPANIC MALE IN HIS 20S, SAID HIS NAME IS JOEL. HE STATED THE SUBJECT NO LONGER LIVES HERE, HE IS LIVING AROUND THE LAKE PICKETT AREA. SAME MERCEDES IS IN THE DRIVEWAY AS LAST TIME ALONG WITH A FORD ESCAPE WITH NORTH CAROLINA TAGS. SEE PICTURE.

I **Michael Bateman** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

 

Job # MIA16970

_____

**Michael Bateman**
Lic # **640**

**ACCURATE SERVE PLANTATION**
151 N NOB HILL ROAD SUITE 254
Plantation, FL 33324

Client # 6:24-CV-1108-JSS-DCI
Ref # ORL243356





2 of 2