UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LUIS A. GEREDA PROAÑO,**

    Plaintiff,

v.                                  Case No: 6:24-cv-1108-JSS-DCI

**LECHONERA LATINA #5, CORP
and RUBENSORY VARGAS,**

    Defendants.

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.07, I certify that the instant action:

_____   IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

  X    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

    Dated:    July 3, 2024

                                                        s/ Brian H. Pollock, Esq.
                                                        Brian H. Pollock, Esq.
                                                        Florida Bar No. 174742
                                                        brian@fairlawattorney.com
                                                         FAIRLAW FIRM
                                                        135 San Lorenzo Avenue, Suite 770
                                                        Coral Gables, Florida 33146
                                                        Telephone: (305) 928-4893
                                                        *Counsel for Plaintiff*