UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS GEREDA,

    Plaintiff,

v.                                                      Case No.: 6:24-CV-1108-JSS-DCI

LECHONERA LATINA #5, CORP
and RUBENSORY VARGAS,

    Defendants.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

    Defendant, Lechonera Latina #5, Corp ("Defendant"), pursuant to Federal Rule of Civil Procedure 6(b), hereby moves to extend the time by which it must respond to the Complaint [D.E. 01] filed by Plaintiff, Luis Gereda ("Plaintiff"), by two weeks (i.e., to July 31, 2024). In support of this Motion, Defendant states as follows:

    1.    On June 17, 2024, Plaintiff filed his Complaint [D.E. 01].

    2.    Defendant, Lechonera Latina #5, Corp was served on June 26, 2024 making its response to the Complaint due on July 17, 2024. Defendant Rubensory Vargas has not yet been served.

    3.    Undersigned counsel was recently retained by Defendant and will need additional time to prepare a Response to the Complaint.

4.      Good cause exists to grant Defendant a brief extension of time to respond to the Complaint. Defendant requires additional time to coordinate and finalize its response.

5.      This motion is made in good faith and is not intended to hamper or delay the prosecution of this cause.  Defendant has good cause for this motion. Neither the parties nor the Court will be prejudiced by the relief requested herein. Indeed, Plaintiff's counsel has consented to the relief requested herein.

WHEREFORE, Defendant, Lechonera Latina #5, Corp., respectfully requests the Court to enter an order extending the time by which Defendant must respond to the Complaint by two weeks, to July 31, 2024, and granting such other relief as the Court deems just and proper.

### Local Rule 3.01(g) Certification

Counsel for Defendant certifies that she conferred with Plaintiff's counsel on July 11, 2024, and Plaintiff's counsel has no objection to the relief requested herein.

Respectfully submitted this 12th day of July, 2024.

> **GREENBERG TRAURIG, P.A.**
> 450 South Orange Avenue, Suite 650
> Orlando, Florida 32801
> Telephone: (407) 420-1000
> E-mail:  Alicia.chiu@gtlaw.com
>          Samantha.gonzalez@gtlaw.com
>          FLService@gtlaw.com
>
> By:  */s/ Alicia M. Chiu*
>      Alicia M. Chiu, Esquire
>      Florida Bar No. 58366

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Counsel for Plaintiff, Brian H. Pollock, Esquire, Fairlaw Firm, 135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146, email: brian@fairlawattorney.com

/s/ *Alicia M. Chiu*

ACTIVE 699912351v1