UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS GEREDA,

    Plaintiff,

v.                                         Case No.: 6:24-CV-1108-JSS-DCI

LECHONERA LATINA #5, CORP
and RUBENSORY VARGAS,

    Defendants.
_____/

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07, I certify that the instant action:

IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted this 12th day of July, 2024.

                    **GREENBERG TRAURIG, P.A.**
                    450 South Orange Avenue, Suite 650
                    Orlando, Florida 32801
                    Telephone: (407) 420-1000
                    E-mail: Alicia.chiu@gtlaw.com
                                Samantha.gonzalez@gtlaw.com
                                FLService@gtlaw.com

                    By: */s/ Alicia M. Chiu*
                          Alicia M. Chiu, Esquire
                          Florida Bar No. 58366
                    Attorney for Defendant, Lechonera Latina #5, Corp.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Counsel for Plaintiff Brian H. Pollock, Esquire, Fairlaw Firm, 135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146, email: brian@fairlawattorney.com

/s/ *Alicia M. Chiu*

ACTIVE 699912349v1