# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LUIS GEREDA,

    Plaintiff,

v.                                                        CASE NO. 6:24-CV-1108-JSS-DCI

LECHONERA LATINA #5, CORP
and RUBENSORY VARGAS,

    Defendants.

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel, Michael J. DeMaio, hereby appears as co-counsel for Defendant Lechonera Latina #5, Corp. Undersigned counsel respectfully requests that the Plaintiff serve upon him copies of all pleadings and other papers that he files or serves hereafter in this action.

                                                           Respectfully submitted,

                                                           /s/Michael J. DeMaio
                                                           Michael J. DeMaio
                                                           Florida Bar No. 1019194
                                                          Email: Michael.DeMaio@gtlaw.com
                                                          **GREENBERG TRAURIG, P.A.**
                                                          101 E. Kennedy Boulevard
                                                          Suite 1900
                                                          Tampa, FL  33602
                                                          PH:  (813) 318-5700
                                                          FAX:  (813) 318-5900

                                                          Attorney for Defendant
                                                          Lechonera Latina #5 Corp.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of July 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Brian H. Pollock, Esquire
**FAIRLAW FIRM**
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
brian@fairlawattorney.com

Alicia Chiu
**GREENBERG TAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Alicia.chiu@gtlaw.com
Samantha.gonzalez@gtlaw.com
FLService@gtlaw.com

/s/Michael J. DeMaio
Attorney

2