**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

LUIS A. GEREDA PROANO,

      **Plaintiff,**

v.                                                  Case No. 6:24-cv-1108-JSS-DCI

LECHONERA LATINA #5, CORP and
RUBENSORY VARGAS,

      **Defendants.**

| **UNITED STATES MAGISTRATE JUDGE:** | Daniel C. Irick | **COURTROOM:** | ZOOM |
|---|---|---|---|
| **DEPUTY CLERK:** | Tiffany Palmer | **COUNSEL FOR PLAINTIFF:** | Brian H. Pollock<br>Patrick LaRou |
| **AUDIO RECORDING:** | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | **COUNSEL FOR DEFENDANT:** | Michael DaMaio, Jr. |
| **DATE/TIME:**<br><br>**TOTAL TIME:** | August 7, 2024<br>11:02 A.M. – 11:15 A.M.<br><br>13 minutes | | |

**CLERK'S MINUTES**
**IDEAL Case Management Conference**

Case called; appearances taken; procedural setting by the Court.
Court informs parties of the IDEAL program.
Counsel directed to either file the consent or a CMR within 7 days.
Court adjourned.