**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LUIS GEREDA,

    Plaintiff,

v.   CASE NO. 6:24-CV-1108-JSS-DCI

LECHONERA LATINA #5, CORP
and RUBENSORY VARGAS,

    Defendants.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel, Michael J. DeMaio, hereby appears as co-counsel for Defendant Rubensory Vargas. Undersigned counsel respectfully requests that the Plaintiff serve upon him copies of all pleadings and other papers that he files or serves hereafter in this action.

    Respectfully submitted,

/s/Michael J. DeMaio
Michael J. DeMaio
Florida Bar No. 1019194
Email: Michael.DeMaio@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Boulevard
Suite 1900
Tampa, FL  33602
PH:  (813) 318-5700
FAX:  (813) 318-5900

*Attorney for Defendant, Lechonera Latina #5 Corp. and Rubensory Vargas*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of August, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Brian H. Pollock, Esquire
**FAIRLAW FIRM**
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
brian@fairlawattorney.com

Alicia Chiu
**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Alicia.chiu@gtlaw.com
Samantha.gonzalez@gtlaw.com
FLService@gtlaw.com

/s/Michael J. DeMaio
Attorney