UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS GEREDA,

    Plaintiff,

v.                                        Case No.: 6:24-CV-1108-JSS-DCI

LECHONERA LATINA #5, CORP
and RUBENSORY VARGAS,

    Defendants.
_____/

**JOINT STIPULATION OF CONSENT
TO IDEAL CASE MANAGEMENT PROGRAM**

Plaintiff, Luis Gereda, and Defendants, Lechonera Latina #5, Corp and Rubensory Vargas, by and through their undersigned and respective counsel hereby jointly stipulate and agree, in part, to the IDEAL Program Policies, as may be modified by a Case Management Order (and may be subsequently amended) and/or further Order of this Court.[1]

| | |
|---|---|
| /s/ *Michael J. DeMaio* | /s/ *Brian H. Pollock* |
| Michael J. DeMaio, Esquire | Brian H. Pollock, Esquire |
| **Greenberg Traurig, P.A.** | **FAIRLAW FIRM** |
| 101 E. Kennedy Boulevard, Suite 1900 | 135 San Lorenzo Avenue, Suite 770 |
| Tampa, Florida 33602 | Coral Gables, Florida 33146 |
| *Co-Counsel for Defendants, Lechonera Latina #5, Corp and Rubensory Vargas* | *Counsel for Plaintiff, Luis Gereda* |

---

[1] In stipulating and agreeing to the IDEAL Program Policies, the Parties specifically stipulate and agree to not incorporate the provision awarding attorney's fees and costs to the prevailing party on a motion for summary judgment, which is contrary to the provisions of the FLSA, 29 U.S.C. §201, *et. seq.*

1

        Respectfully Submitted,

**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000

By: */s/ Alicia M. Chiu*
    Alicia M. Chiu, Esquire
    Florida Bar No. 58366
    E-mail: Alicia.chiu@gtlaw.com
           Samantha.gonzalez@gtlaw.com
           FLService@gtlaw.com

and

**GREENBERG TRAURIG, P.A.**
Michael J. DeMaio, Esquire
Florida Bar No. 1019194
101 E. Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Email: Michael.DeMaio@gtlaw.com
*Counsel for Defendants, Lechonera Latina #5, Corp. and Rubensory Vargas*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of August 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Counsel for Plaintiff Brian H. Pollock, Esquire, Fairlaw Firm, 135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146, email: brian@fairlawattorney.com

                                ***/s/ Alicia M. Chiu***