UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS GEREDA,

    Plaintiff,

v.                                  Case No.: 6:24-CV-1108-JSS-DCI

LECHONERA LATINA #5, CORP
and RUBENSORY VARGAS,

    Defendants.

_____/

**STIPULATED CONSENT TO IDEAL PROGRAM
AND TO MAGISTRATE JUDGE AUTHORITY**

    You may consent to participate in the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program including referral of your case to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

    *Consent to IDEAL and Magistrate Judge's Authority.* The following parties stipulate, and consent to submission of this case to the IDEAL Program, to be bound by the Policies of the program, and have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

Dated August 20, 2024

*/s/ Michael J. DeMaio*
Michael J. DeMaio, Esquire
**Greenberg Traurig, P.A.**
101 E. Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
*Co-Counsel for Defendants, Lechonera
Latina #5, Corp and Rubensory Vargas*

*/s/ Brian H. Pollock*
Brian H. Pollock, Esquire
**FAIRLAW FIRM**
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
*Counsel for Plaintiff, Luis Gereda*

1

## Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
Honorable Julie. K. Sneed

Respectfully Submitted,

**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000

By: /s/ *Alicia M. Chiu*
    Alicia M. Chiu, Esquire
    Florida Bar No. 58366
    E-mail: Alicia.chiu@gtlaw.com
            Samantha.gonzalez@gtlaw.com
            FLService@gtlaw.com

and

**GREENBERG TRAURIG, P.A.**
Michael J. DeMaio, Esquire
Florida Bar No. 1019194
101 E. Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Email: Michael.DeMaio@gtlaw.com
*Counsel for Defendants, Lechonera Latina #5, Corp. and Rubensory Vargas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Counsel for Plaintiff Brian H. Pollock, Esquire, Fairlaw Firm, 135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146, email: brian@fairlawattorney.com

*/s/ Alicia M. Chiu*

3