UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS GEREDA,

    Plaintiff,

v.                                         Case No.: 6:24-CV-1108-JSS-DCI

LECHONERA LATINA #5, CORP
and RUBENSORY VARGAS,

    Defendants.
_____/

## STIPULATED CONSENT TO IDEAL PROGRAM
## AND TO MAGISTRATE JUDGE AUTHORITY

    You may consent to participate in the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program including referral of your case to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

    *Consent to IDEAL and Magistrate Judge's Authority.* The following parties stipulate, and consent to submission of this case to the IDEAL Program, to be bound by the Policies of the program, and have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

Dated August 20, 2024

*/s/ Michael J. DeMaio*
Michael J. DeMaio, Esquire
**Greenberg Traurig, P.A.**
101 E. Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
*Co-Counsel for Defendants, Lechonera Latina #5, Corp and Rubensory Vargas*

*/s/ Brian H. Pollock*
Brian H. Pollock, Esquire
**FAIRLAW FIRM**
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
*Counsel for Plaintiff, Luis Gereda*

1

## Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: 8/20/2024

_____
Honorable Julie S. Sneed