**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

LUIS A. GEREDA PROANO,

        **Plaintiff,**

v.                                     Case No. 6:24-cv-1108-DCI

LECHONERA LATINA #5, CORP and
RUBENSORY VARGAS,

        **Defendants.**

| **UNITED STATES MAGISTRATE JUDGE:** | Daniel C. Irick | **COURTROOM:** | ZOOM |
|---|---|---|---|
| **DEPUTY CLERK:** | Tiffany Palmer | **COUNSEL FOR PLAINTIFF:** | Patrick Brooks LaRou |
| **AUDIO RECORDING:** | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | **COUNSEL FOR DEFENDANT:** | Michael DeMaio, Jr |
| **DATE/TIME:** | September 4, 2024 2:06 P.M. – 2:18 P.M. | | |
| **TOTAL TIME:** | 12 minutes | | |

**CLERK'S MINUTES**
**Case Management Conference**

Case called; appearances taken; procedural setting by the Court.
Court inquires of parties how to move forward with scheduling.
Court will enter FLSA Scheduling Order.
Court adjourned.