**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LUIS GEREDA,

    Plaintiff,

v.                                                           Case No.: 6:24-CV-1108-JSS-DCI

LECHONERA LATINA #5, CORP
and RUBENSORY VARGAS,

    Defendants.
_____/

## **AMENDED JOINT NOTICE OF SETTLEMENT**

    Plaintiff, Luis Gereda, and Defendants, Lechonera Latina #5, Corp and Rubensory Vargas, pursuant to Rule 3.09, hereby notify the Court that the Parties have reached a tentative settlement in the above-captioned action. The Parties respectfully request that all pending deadlines be stayed while the resolution process is finalized in writing. The Parties anticipate that they will exchange settlement documents and finalize the language promptly and will submit appropriate papers to the Court regarding the disposition of this action within the next ten (10) days.

Dated: September 24, 2024

| | |
|---|---|
| **FAIRLAW FIRM** | **GREENBERG TRAURIG, P.A.** |
| By: */s/ Brian H. Pollock*<br>   Brian H. Pollock, Esq.<br>   Florida Bar No. 174742<br>   135 San Lorenzo Avenue, Suite 770<br>   Coral Gables, Florida 33146<br>   Telephone: 305.686.2460<br>   E-mail: brian@fairlawattorney.com<br>   *Counsel for Plaintiff* | By: */s/ Michael J. DeMaio*<br>   Michael J. DeMaio, Esq.<br>   Florida Bar No. 1019194<br>   101 E Kennedy Blvd. Suite 1900<br>   Tampa, FL 33602<br>   Telephone: 813.318.5700<br>   E-mail: michael.demaio@gtlaw.com<br>   *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of September, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

                                                     */s/ Michael J. DeMaio*
                                                           Attorney