## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LUIS GEREDA,

     Plaintiff,

v.                                                  Case No.: 6:24-CV-1108-JSS-DCI

LECHONERA LATINA #5, CORP
and RUBENSORY VARGAS,

     Defendants.

_____/

### JOINT MOTION FOR EXTENSION OF TIME

Plaintiff, Luis Gereda, and Defendants, Lechonera Latina #5, Corp and Rubensory Vargas, (collectively "the Parties") jointly request that this Court extend the deadline for the Parties to file their Joint Motion to Approve FLSA settlement an additional ten (10) days up to and including October 14, 2024.  In support of this Joint Motion, the Parties state as follows:

1.      On September 24, 2024, the Parties filed a Joint Notice of Settlement (amended for typographical errors) informing the Court that the Parties had reached a tentative settlement agreement.

2.      The Parties requested the Court stay all pending deadlines in anticipation that they would finalize a settlement agreement in writing to submit to the Court for approval within ten (10) days.

3.      The Parties need additional time to finalize their settlement agreement and prepare the attendant filings for the Court.

4.      The Parties are confident they will be able to resolve the remaining issues and prepare their filings for the Court within the next ten (10) days, by October 14, 2024.

5.      This Motion is being made in good faith and is not being interposed for purposes of delay.

6.      No party will be prejudiced by this requested brief extension of time.

7.      "When an act may or must be done within a specified time, the court may, for good cause, extend the time … if a request is made … before the original time…expires."  Fed. R. Civ. P. 6(b)(1).

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court enter an order extending the time within which the Parties may file their joint motion to approve FLSA settlement up to and including October 14, 2024.

The Parties respectfully request that all pending deadlines be stayed while the resolution process is finalized in writing. The Parties anticipate that they will exchange settlement documents and finalize the language promptly and will submit appropriate papers to the Court regarding the disposition of this action within the next ten (10) days.

Dated: October 4, 2024

**FAIRLAW FIRM**                              **GREENBERG TRAURIG, P.A.**

By: */s/ Brian H. Pollock*                      By: */s/ Michael J. DeMaio*
    Brian H. Pollock, Esq.                  Michael J. DeMaio, Esq.
    Florida Bar No. 174742                  Florida Bar No. 1019194
    135 San Lorenzo Avenue, Suite 770       101 E Kennedy Blvd. Suite 1900
    Coral Gables, Florida 33146             Tampa, FL 33602
    Telephone: 305.686.2460                 Telephone: 813.318.5700
    E-mail: brian@fairlawattorney.com       E-mail: michael.demaio@gtlaw.com
    *Counsel for Plaintiff*                  *Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

    **I HEREBY CERTIFY** that on this 4th day of October, 2024, the foregoing was

electronically filed with the Clerk of the Court by using the CM/ECF system, which

will send a notice of electronic filing to:

                                              */s/ Michael J. DeMaio*
                                                Attorney