**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LUIS GEREDA,

      Plaintiff,

v.                                                                    Case No.: 6:24-CV-1108-JSS-DCI

LECHONERA LATINA #5, CORP
and RUBENSORY VARGAS,

      Defendants.
_____/

### SECOND JOINT MOTION FOR EXTENSION OF TIME

Plaintiff, Luis Gereda, and Defendants, Lechonera Latina #5, Corp and Rubensory Vargas, (collectively "the Parties") jointly request that this Court extend the deadline for the Parties to file their Joint Motion to Approve FLSA settlement an additional four (4) days up to and including October 18, 2024.  In support of this Joint Motion, the Parties state as follows:

1.      On September 24, 2024, the Parties filed a Joint Notice of Settlement (amended for typographical errors) informing the Court that the Parties had reached a tentative settlement agreement.

2.      The Parties requested the Court stay all pending deadlines in anticipation that they would finalize a settlement agreement in writing to submit to the Court for approval within ten (10) days.

1

3.      On October 4, 2024, the Parties filed a Joint Motion for Extension of Time requesting an additional ten (10) days through October 14, 2024 to finalize the written settlement agreement and file their Joint Motion for Approval of Settlement.

4.      On October 4, 2024, this Court entered an Order granting the extension to file the appropriate settlement papers for approval.

5.      The Parties have exchanged a draft settlement agreement.  However, they are still working through redlines to that agreement.

6.      Due to the recent impact of Hurricane Milton, the Parties need additional time to finalize their settlement agreement and prepare the attendant filings for the Court.

7.      Counsel for Defendants, Michael DeMaio, evacuated Tampa after his office closed due to the storm and his residence has not regained power. Due to the storm, the Parties need additional time to work through the remaining redlines and to finalize the agreement.

8.      The Parties are confident they will be able to resolve the remaining issues and prepare their filings for the Court within the next four (4) days, by October 18, 2024.

9.      This Motion is being made in good faith and is not being interposed for purposes of delay.

10.     No party will be prejudiced by this requested brief extension of time.

2

11.     "When an act may or must be done within a specified time, the court may, for good cause, extend the time … if a request is made … before the original time…expires."  Fed. R. Civ. P. 6(b)(1).

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court enter an order extending the time within which the Parties may file their Joint Motion to Approve FLSA settlement up to and including October 18, 2024.

The Parties are in the process of finalizing the language in the settlement documents and will submit appropriate papers to the Court regarding the disposition of this action within the next four (4) days.

Dated: October 14, 2024

**FAIRLAW FIRM**

By: /s/ *Brian H. Pollock*_____
    Brian H. Pollock, Esq.
    Florida Bar No. 174742
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, Florida 33146
    Telephone: 305.686.2460
    E-mail: brian@fairlawattorney.com
    *Counsel for Plaintiff*

**GREENBERG TRAURIG, P.A.**

    By: /s/ *Michael J. DeMaio*_____
    Michael J. DeMaio, Esq.
    Florida Bar No. 1019194
    101 E Kennedy Blvd. Suite 1900
    Tampa, FL 33602
    Telephone: 813.318.5700
    E-mail: michael.demaio@gtlaw.com
    *Counsel for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 14th day of October, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

/s/ *Michael J. DeMaio*_____
Attorney

3